UNITED STATES of America,
Plaintiff–Appellee

v.

Hector Vladimir FERNANDEZ–
ORTEGA, Defendant–
Appellant.

No. 09–50427
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 17, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Hector Vladimir Fernandez–Ortega, Littleton, CO, pro se.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Hector Vladimir Fernandez–Ortega has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Fernandez–Ortega has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

